United States District Court
Southern District of Texas
**ENTERED**
February 22, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CLINTON LARU ARDS, | § | |
| Petitioner, | § | |
| v. | § | CIVIL ACTION NO. 4:17-cv-2388 |
| PAROLE OFFICER LEONARDO PEDRAZA, | § | |
| Respondent. | § | |

## FINAL JUDGMENT

For the reasons set forth in the Court's Memorandum and Order entered on this date, this case is **DISMISSED** without prejudice.

This is a **FINAL JUDGMENT**.

SIGNED at Houston, Texas, on FEB 2 1 2018.

ALFRED H. BENNETT
UNITED STATES DISTRICT JUDGE